# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-cr-00399-LSC-JEO |
| | ) | |
| MATTHEW DENNIS GROGAN | ) | |

## MEMORANDUM OPINION

This matter is before the court on the defendant's motion to suppress. (Doc. 7). The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the defendant's motion to suppress the evidence (doc. 7) is due to be denied.

Done this 7th day of November 2006.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124153